**607 - 6th Floor West Courtroom, 1:00 P.M.**          **Thursday, December 11, 2025**

**Stranch, Bush, Readler**

**25-1152   Julie Schulz Halbower v. Hiscox Syndicate 33 of Lloyd's of London**

Julie Schulz Halbower, Trustee of Halbower Legacy Trust          ret   Kevin K. Russell
                                                                                            *4 Minutes Rebuttal*

    **Plaintiff - Appellant**

**V.**

Hiscox Syndicate 33 of Lloyd's of London          ret   Alexander W. Ross

    **Defendant - Appellee**

*Beverly Harris, Courtroom Deputy*

Plaintiff appeals the dismissal of her claims in this insurance dispute.   (15 Minutes Per Side)