# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): __25-1152_____

2. Case Caption (Short Title): __Julie Schulz Halbower v. Hiscox Syndicate 33 of Lloyd's of London_____

3. Argument is scheduled for __1:00 pm___ (time) on __December 11, 2025_____ (day, date) and will be held:

    [✔] Live (In Person)    [ ] by Video    [ ] by Telephone

4. I, __Alexander W. Ross_____, will be presenting argument on behalf of:

    [ ] Appellant / Petitioner    [ ] Amicus Curiae    [ ] Other (please specify below):
    [✔] Appellee / Respondent    [ ] Intervenor        _____

    If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Hiscox Syndicate 33 of Lloyd's of London

6. Minutes reserved for rebuttal (appellant / petitioner only): __0_____ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

    A. Number of attorneys sharing time: ____
    B. Total number of minutes (in whole minutes only) to be shared: ____
    C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____
    D. Your assigned minutes (in whole minutes only): _____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

### CERTIFICATE OF SERVICE

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

*Updated 4/3/24*